B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Sharon Smith,                                    ,          Case No.   21-13236

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CARRINGTON MORTGAGE SERVICES, LLC | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust I |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
CARRINGTON MORTGAGE SERVICES, LLC
500 N. State College Blvd., Suites 1030, 1300 and 1400 Orange, CA 92868

Court Claim # (if known): ____23____
Amount of Claim: ___$23,876.89___
Date Claim Filed: ___02/04/2022___

Phone:  8005614567
Last Four Digits of Acct #:  2794

Phone: _____
Last Four Digits of Acct. #:  2794

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shakyra Hopkins                        Date:    03/30/2026
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

*In Re:*                                              **Case No.** 21-13236-djb

  Sharon Smith

            **Debtor(s)**                                     **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on  03/30/2026   , a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Shakyra Hopkins
Shakyra Hopkins
Liepold, Harrison & Associates, PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

### *Debtor*

Sharon Smith
217 W. Spencer Avenue
Philadelphia, PA 19120

### *Debtor's Counsel*

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

### *Trustee*

KENNETH E. WEST                              *Represented By*
Office of the Chapter 13 Standing Trustee    KENNETH E. WEST
190 N. Independence Mall West                Office of the Chapter 13 Standing Trustee
Suite 701                                    1234 Market Street ▬ Suite 1813
Philadelphia, PA 19106                       Philadelphia, PA 19107

### *U.S. Trustee*

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107