United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13236-djb |
| Sharon Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 18, 2026 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Smith, 217 W. Spencer Avenue, Philadelphia, PA 19120-1817 |
| 15121706 | | Carrington Mortgage Services, LLC, 500 N. State College Blvd.,, Suite 1030, 1300 and 1400, Orange, CA 92868 |
| 14654794 | + | Cibik Law, P.C., 1500 Walnut St Ste 900, Philadelphia, PA 19102-3518 |
| 14655626 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14655630 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14654573 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN, TRUST I, c/o KAITLIN D. SHIRE, 777 Township Line Road, Ste. 250 Yardley, PA 19067-5565 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2026 22:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2026 22:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14661399 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2026 23:18:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14655608 | + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2026 23:19:26 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14655609 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2026 22:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14655612 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 18 2026 22:51:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806 |
| 14655615 | | Email/Text: megan.harper@phila.gov | Nov 18 2026 22:52:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14655614 | | Email/Text: megan.harper@phila.gov | Nov 18 2026 22:52:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14670390 | | Email/Text: megan.harper@phila.gov | Nov 18 2026 22:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14655610 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2026 23:19:25 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14655611 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2026 23:18:51 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14655616 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2026 22:52:00 | City of Philadelphia, Parking Violation Branch, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 41819, Philadelphia, PA 19101-1819 |
| 14655617 | + | Email/Text: documentfiling@lciinc.com | Nov 18 2026 22:51:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 14655619 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2026 23:18:55 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14655623 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 18 2026 23:19:30 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14658795 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2026 22:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14655957 | | Email/Text: mrdiscen@discover.com | Nov 18 2026 22:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14655618 | + | Email/Text: mrdiscen@discover.com | Nov 18 2026 22:51:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14655620 | | Email/Text: bankruptcycourts@equifax.com | Nov 18 2026 22:51:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14655621 | ^ | MEBN | Nov 18 2026 22:46:41 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14655622 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2026 22:51:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14655994 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2026 23:18:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14655960 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2026 22:52:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14655624 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2026 22:52:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14666426 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2026 22:52:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14655625 | + | Email/Text: bankruptcy@td.com | Nov 18 2026 22:52:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14659442 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 18 2026 22:51:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14655628 | ^ | MEBN | Nov 18 2026 22:46:42 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14668275 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2026 23:19:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14655627 | | Email/Text: bankruptcygroup@peco-energy.com | Nov 18 2026 22:51:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14655629 | + | Email/Text: bankruptcy@philapark.org | Nov 18 2026 22:52:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14655631 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2026 23:19:09 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14655632 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 18 2026 23:19:08 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14654572 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2026 23:19:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14654324 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2026 23:19:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655633 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 18 2026 23:18:51 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14655634 | + | Email/Text: bncmail@w-legal.com | Nov 18 2026 22:51:00 | TD Bank N.A., 7000 Target Parkway North, Minneapolis, MN 55445-4301 |
| 14655635 | | Email/Text: DASPUBREC@transunion.com | Nov 18 2026 22:51:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14660672 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 18 2026 22:52:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14655636 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 18 2026 22:52:00 | US Bank/RMS, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 14666453 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2026 23:19:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14655637 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 18 2026 22:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14655638 | + | Email/Text: PHILAW@weltman.com | Nov 18 2026 22:51:00 | Weltman Weinberg & Reis Co. LPA, 170 S Independence Mall West Ste 874, Philadelphia, PA 19106-3334 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14655613 | *+ | Cibik Law P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KAITLIN D. SHIRE | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| | |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Sharon Smith help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 50 − 48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Sharon Smith | ) | Case No. 21−13236−djb |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed on or before **December 18, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 18, 2026

For The Court

Mohung Wong
Clerk of Court